No. 91–8547. REED v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 91–8548. CAMPBELL v. BURGESS ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–8549. DELILEON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–8550. SMITH v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 91–8551. STUBBS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–8553. JONES v. ARMONTROUT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 91–8554. FAILE v. GEARY ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–8555. HORR v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–8556. GEORGE ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–8557. GARZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–8558. PAVLICO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–8559. REYES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–8560. PAYTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–8561. OWENS v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 91–8562. PHILLIPS-EL v. LECUREUX, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 91–8563. LAWRENCE v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.